RALPH W. SKINNER, subtrustee, &c., complainant,

*v.*

JANE H. BOYD et al., defendants.

[Decided October 27th, 1926.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Backes, whose opinion is reported in *98 N. J. Eq. 55.* On appeal of Deborah Price and others.

*Mr. Richard Boardman,* for the appellant.

*Messrs Heine, Bradner & Laird* and *Messrs. Congleton, Stallman & Hoover,* for the respondents.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion of the court below.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, JJ. 13.

*For reversal*—None.